IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MIKHAIL MARYANOUSKIY,

                                                                                ORDER

                Plaintiff,

                                                                11-cv-106-bbc

    v.

AMERICAN FAMILY MUTUAL
INSURANCE COMPANY and
SHARON WIMPRESS,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Counsel has filed a letter with the court indicating that the parties have resolved this case and are circulating a stipulation for dismissal.  The parties may have until February 1, 2012, in which to complete the settlement.  If settlement has not been accomplished by that time, the parties are to report on the status of the matter at a telephone conference on February 1, 2012 at 8:30 a.m. CST.  Plaintiff's counsel is to initiate the conference call to chambers at (608) 264-5447.  If, before February 1, 2012, counsel has advised the court that it may enter its standard order of dismissal or has filed a statement confirming settlement,

1

the status conference will be canceled.

Entered this 27th day of December, 2011.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2