UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

MIKHAIL MARYANOUSKIY,
individually and on behalf of all others
similarly situated,

      Plaintiff,

  v.

AMERICAN FAMILY MUTUAL
INSURANCE COMPANY, and
SHARON L. WIMPRESS,

      Defendants.

Case No. 11-CV-106

---

**STIPULATION FOR DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS TO EITHER PARTY**

---

The plaintiff, by its attorneys identified below, and the defendants, by its attorneys identified below, hereby stipulate and agree that (1) plaintiff's Second Amended Class Action Complaint and all prior complaints filed in the above-entitled action and all claims made by the plaintiff therein may be dismissed with prejudice and without costs to either party, and (2) defendant's Counterclaims filed in the above action may be dismissed with prejudice and without costs to either party.

Dated this 31st day of January, 2012.

**BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, PC (AZ)**

/s/ Van Bunch
Patricia N. Syverson
Van Bunch
Elaine A. Ryan
2901 N. Central Avenue, Suite 1000 Phoenix,
Arizona 85012 Telephone: (602) 274-1100
Fax: (602) 274-1199
*vbunch@bffb.com eryan@bffb.com
psyverson@bffb.com*

Susan C. LaCava
LaCAVA LAW, S.C.
23 North Pinckney Street, Suite 300 Madison, WI
53703
Telephone: (608) 258-1335
Fax: (608) 258-1669
*lacava@2llaw.com*

Debra Hayes
Charles Hunter
REICH & BINSTOCK, LLC 4265 San Felipe, Suite
1000 Houston, TX 77027
Telephone: (713) 622-7271 Fax: (713) 623-8724
*dhayes@hayeslaw.com
chunter@rbfirm.net*

David A. Futscher
PARRY DEERING FUTSCHER
& SPARKS PSC
411 Garrard Street, P.O. Box 2618 Covington,
Kentucky 41012-2618 Telephone: (859) 291-9000
Fax: (859) 291-9300
*dfutscher@pdfslaw.com*

Stephen M. Hansen
LAW OFFICES OF STEPHEN M. HANSEN, P.S.
1703 A Dock Street
Tacoma, WA 98402
Telephone: (253) 302-5955
Mobile: (253) 677-6416
*stephenmhansenlaw@gmail.com*

*Attorneys for Plaintiff*

2

/s/ Earl H. Munson
Earl H. Munson, State Bar No. 1008156
Sarah A. Zylstra, State Bar No. 1033159
Andrew N. DeClercq, State Bar No. 1070624
Boardman & Clark LLP
P. O. Box 927
Madison, WI 53701-0927
Tel: (608) 257-9521
Fax: (608) 283-1709

*Attorneys for Defendant American Family Mutual Insurance Company*

F:\DOCS\WD\25876\74\A1321002.DOCX